UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION
*Electronically Filed*

| | | |
|---|---|---|
| ANDRAYA NAUMENKO, | ) | |
| Individually and as Administratrix of | ) | |
| the Estate DANIEL JORDAN, deceased | ) | |
| | ) | Case No. 2:21-cv-00062-WOB-CJS |
| Plaintiff, | ) | |
| | ) | Judge: William O. Bertelsman |
| v. | ) | |
| | ) | |
| SMITH TRANSPORT, INC., and | ) | Magistrate: Candace J. Smith |
| | ) | |
| JOSEPH TONEY | ) | |
| | ) | |
| Defendants. | ) | |

---

## MEDIATOR'S REPORT TO THE COURT

---

William B. Orberson, the undersigned Mediator, reports to the Court that mediation of this action occurred on December 1, 2022, and that all claims were settled.

It has been a pleasure to be of assistance to the Court, counsel and parties in the resolution of this dispute.

/s/ William B. Orberson
William B. Orberson
PHILLIPS PARKER ORBERSON & ARNETT, P.L.C.
716 West Main Street, Suite 300
Louisville, KY 40202
(502) 583-9900

Distribution List:

❍    William T. Donnell
❍    Richard V. Evans
❍    Sallie A. Conyers
❍    Jon Heck
❍    Daryl A. W. Crosthwaite
❍    Mark A. Humbert