UNITED STATES DISCTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

*Electronically Filed*

| | |
|---|---|
| ANDRAYA NAUMENKO,<br>Individually and as Administratrix of the<br>Estate of DANIEL JORDAN, deceased,<br><br>　　Plaintiff,<br><br>v.<br><br>SMITH TRANSPORT, INC.,<br>and JOSEPH TONEY<br><br>　　Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No. 2:21-cv-00062-WOB-CJS<br>)<br>) Judge: William O. Bertelsman<br>)<br>) Magistrate: Candace J. smith<br>)<br>) |

**AGREED ORDER DISMISSING**

Plaintiffs Andraya Naumenko, Individually and as Administratrix of the Estate of Daniel Jordan, Nolan Williams, by and through his mother and next friend Christina Atchley, and Ann Roellig, Individually and as Administrator of the Estate of Kelly A. Boyer, and Defendants Smith Transport, Inc., and Joseph Toney notify the Court they have reached an agreement to completely resolve the claims among them in this action and in consolidated civil action no. 2:21-cv-00093-WOB-EBA. Accordingly, the parties jointly request that the Court enter the Order stated below:

IT IS ORDERED that all claims asserted by all parties in this consolidated litigation are DISMISSED with prejudice. Each party will bear their own costs and attorneys' fees.

SO ORDERED this 23rd day of January, 2023.



Signed By:
*William O. Bertelsman* W.O.B
United States District Judge

                                      Respectfully submitted,

                                      */s/ William T. Donnell*
                                      William T. Donnell
                                      Richard V. Evans
                                      WHITTEN LAW OFFICE LLC
                                      700 N. Hurstbourne Pkwy, Suite 112
                                      Louisville, KY 40222
                                      P: 502-430-1016
                                      F:  502-430-1083
                                      wdonnell@louisvillecounsel.com
                                      revans@louisvillecounsel.com
                                      *Counsel for Defendants*

*Have seen and agreed to by:*

*/s/ Mark A. Humbert (w/ permission)*
Mark A. Humbert
Humbert Legal Services
810 Sycamore Street, 4th Floor
Cincinnati, OH 45202
mhumbert@humbertlegalservices.com
*Counsel for Plaintiffs*

*/s/ Jon Heck (w/ permission)*
Jon Heck
ISAACS & ISAACS, PSC
1601 Business Center Court
Louisville, KY 40299
Jon.heck@isaacsandisaacs.com
*Counsel for Plaintiffs*

2

**CERTIFICATE OF SERVICE**

I certify that on the 23th day of January 2023, I electronically filed the foregoing with the Clerk of Court using the Court's electronic-filing system, which will electronically serve a copy of this document on the following counsel of record:

Sallie A. Conyers
5300 Socialville Foster Road
Suite 140
Mason, OH 45040
sac@rollmanconyers.com
*Counsel for Plaintiffs*

Jon Heck
ISAACS & ISAACS, PSC
1601 Business Center Court
Louisville, KY 40299
Jon.heck@isaacsandisaacs.com
*Counsel for Plaintiffs*

Daryl A.W. Crosthwaite
2115 Luray Avenue
Cincinnati, OH 45206
daryl@daryllaw.com
*Counsel for Plaintiffs*

Mark A. Humbert
Humbert Legal Services
810 Sycamore Street, 4th Floor
Cincinnati, OH 45202
mhumbert@humbertlegalservices.com
*Counsel for Plaintiffs*

                                     */s/ William T. Donnell*
                                     *Counsel for Defendants*